JACOB GREENBERG v. SAMUEL FRIEDMAN.— Motion to dismiss appeal granted,

with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.